# Court of Appeals
# of the State of Georgia

ATLANTA, April 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0283. JENNIFER GOLDEN v. LORIE S. GRANT.**

On March 6, 2023, the trial court entered an order dismissing a notice of appeal filed in this case by Jennifer Golden. On March 28, 2023, Golden filed this application for discretionary appeal. From the limited information included in the application materials, no provision of the discretionary appeal statute, OCGA § 5-6-35 (a), appears to apply. And, as a rule, "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Med. Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Golden shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal of the March 6 dismissal order in the trial court, she need not file a second notice. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/18/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.